# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Lexington Division**

| | |
|---|---|
| Janice Workman )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Specialized Management Services, Inc. )<br>*Defendants* )<br> ) | Case No.   5:17-cv-00394-DCR |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Janice Workman, has reached a settlement with Defendant Specialized Management Services, Inc. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Janice Workman*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Janice Workman*

**CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 31st day of October, 2017, which will send a Notice of Electronic Filing to all counsel of record. I also certify that I sent a copy of the foregoing via regular U.S. Mail, postage prepaid, to the following this 31st day of October, 2017:

Specialized Management Services, Inc.
c/o David White
5017 Country Club Drive
Meridian, MS 39305

                                      /s/ James H. Lawson
                                      *Counsel for Plaintiff*
                                      *Brian Mines*